# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2594
LT Case No. 2022-CF-003580

_____

FREDERICK J. DEBONEE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

William R. Ponall, and Eric J. Sorice, of Ponall Law, Maitland,
for Appellant.

Ashley Moody, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____